IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONDELL CHAMBERS,** : <br> Petitioner : <br> : <br> v. : <br> : <br> **BUREAU OF PRISONS, et al.,** : <br> Respondents : | No. 1:23-cv-00274 <br><br> (Judge Kane) |

**ORDER**

**AND NOW**, on this 13th day of July 2023, upon consideration of Petitioner Rondell Chambers ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. Nos. 1, 4, 6), and in accordance with the accompanying Memorandum,

**IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania